IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SUREFUNDING, LLC, ) | |
| ) | Case No. 20-10953 (LSS) |
| Debtor. ) | (Bankr. D. Del.) |
| BRETT HATTON, EARL CORONEL, et al., ) ) | |
| ) | |
| Appellants, ) | |
| ) | C.A. No. 23-175 (MN) |
| v. ) | BAP No. 23-004 |
| ) | |
| SUREFUNDING, LLC, ) | C.A. No. 23-249 (MN) |
| ) | BAP No. 23-011 |
| Appellee. ) | |

**ORDER**

At Wilmington, this 16th day of March 2022;

WHEREAS, on March 15, 2023, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 9 in C.A. No. 23-175; D.I. 3 in C.A. No. 23-011) recommending that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, the parties have agreed to participate in an in-person mediation before an agreed-upon mediator to be conducted before the end of April and to stay all deadlines and other actions in these appeals pending mediation (*id*. at 2; *id*. at 2);

WHEREAS, no objections to the Recommendations are anticipated because the Recommendations are consistent with the parties' positions (*id*.); and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendations to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendations are ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, as the parties have agreed to participate in an in-person mediation before an agreed-upon mediator to be conducted before the end of April, the parties shall file a letter informing the Court of the agreed-upon mediator and the date for the mediation.

IT IS STILL FURTHER ORDERED that all deadlines and other actions in these appeals are STAYED pending the outcome of mediation.

IT IS FINALLY ORDERED that on or before May 15, 2023, the parties shall file a joint status report setting forth the outcome of mediation and, if mediation was unsuccessful, shall propose an agreed-upon joint briefing schedule for the pending motions and appeals.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge